Ex. A

# Last Will and Testament of

ROBERT C. KOZLOWSKI

Carolle Kozlowski
Executrix

LAW OFFICES OF
**EMERICK & DIGGINS**
PROFESSIONAL CORPORATION
218 SOUTH MAIN STREET
KENDALLVILLE, INDIANA 46755
TELEPHONE: (219) 347-1050

LAW OFFICES OF
EMERICK & DIGGINS
PROFESSIONAL CORPORATION
KENDALLVILLE, INDIANA

# Last Will and Testament of

ROBERT C. KOZLOWSKI

I, ROBERT C. KOZLOWSKI, residing at 12313 West Wind Point, Fort Wayne, Indiana, 46845, and being of sound and disposing mind and memory, do hereby make, ratify and publish this, my Last Will and Testament, hereby expressly revoking all previous Wills or Codicils by me made. I am married to CAROLLE KOZLOWSKI, and we have one child, namely: STEVEN KOZLOWSKI.

## I.

I hereby direct my Executrix, hereinafter named, to pay all of my legal obligations, including funeral expenses, expenses of last illness, estate and inheritance taxes, both state and federal, as soon after my decease as conveniently can be done.

## II.

I hereby give, devise and bequeath all of my estate, of whatever kind and nature, and wherever situate, to my wife, CAROLLE KOZLOWSKI, if she survives me.

In the event my wife, CAROLLE KOZLOWSKI, should predecease me, I hereby give, devise and bequeath all of my property, of whatever kind and nature and wherever situate, to our son, STEVEN KOZLOWSKI. In the event that my wife, CAROLLE KOZLOWSKI, and my son, STEVEN KOZLOWSKI, should predecease me, I hereby give, devise and bequeath all of my property to my grandchildren as follows: [illegible] JOHN [illegible]

KOZLOWSKI, and we have one child, namely: STEVEN KOZLOWSKI.

I.

I hereby direct my Executrix, hereinafter named, to pay all of my legal obligations, including funeral expenses, expenses of last illness, estate and inheritance taxes, both state and federal, as soon after my decease as conveniently can be done.

II.

I hereby give, devise and bequeath all of my estate, of whatever kind and nature, and wherever situate, to my wife, CAROLLE KOZLOWSKI, if she survives me.

In the event my wife, CAROLLE KOZLOWSKI, should predecease me, I hereby give, devise and bequeath all of my property, of whatever kind and nature and wherever situate, to our son, STEVEN KOZLOWSKI. In the event that my wife, CAROLLE KOZLOWSKI, and my son, STEVEN KOZLOWSKI, should predecease me, I hereby give, devise and bequeath all of my property to my Godchildren as follows: 25% percent to JOHN DENIS; 25% percent to MELLISA DENIS; 25% percent to AMBER DESROSIERS; and 25% percent to DEBRA THOMAS.

III.

I hereby nominate, constitute and appoint my wife, CAROLLE KOZLOWSKI, as Executrix of this my Last Will and

*Robert C. Kozlowski* [signature]

Testament. In the event that my wife, CAROLLE KOZLOWSKI, should predecease me, I hereby nominate and appoint my son, STEVEN KOZLOWSKI, as Executor of this my Last Will and Testament.

IV.

For the purpose of settling my estate and carrying out the provisions of this Last Will and Testament, I hereby authorize and empower my Executrix to sell and convey any part or all of my estate at public auction or private sale, without Court Order, and on such terms as my Executrix may deem advisable for the best interests of my estate, and to execute such instruments as may be necessary and proper to effectuate such purposes.

V.

All estate, inheritance, transfer, legacy, succession and other death taxes of any kind or nature which may be imposed or assessed upon or with respect to property passing under this Will shall be paid out of my estate as an expense of administration and without apportionment or proration.

VI.

Any devisee or legatee who does not survive me for a period of five (5) months shall be considered to have predeceased me, and such devise or legacy shall pass under this Will as if the devisee or legatee had predeceased me.

IN WITNESS WHEREOF, I have subscribed my name to this, my Last Will and Testament, and I have this day called upon Michael M. Yoder and Shirley E. Anders as witnesses to the same this \_\_19\_\_ day of December, 1988.

Robert C. Kozlowski

The foregoing instrument, consisting of three (3)

such instruments as may be necessary and proper to effectuate such purposes.

V.

All estate, inheritance, transfer, legacy, succession and other death taxes of any kind or nature which may be imposed or assessed upon or with respect to property passing under this Will shall be paid out of my estate as an expense of administration and without apportionment or proration.

VI.

Any devisee or legatee who does not survive me for a period of five (5) months shall be considered to have predeceased me, and such devise or legacy shall pass under this Will as if the devisee or legatee had predeceased me.

IN WITNESS WHEREOF, I have subscribed my name to this, my Last Will and Testament, and I have this day called upon Michael M. Yoder and Shirley E. Anders as witnesses to the same this __19__ day of December, 1988.

_____
Robert C. Kozlowski

The foregoing instrument, consisting of three (3) type-written pages, including the page signed by the Testator, was on the date hereof, by ROBERT C. KOZLOWSKI, subscribed, published, and declared to be his Last Will and Testament in the presence of us, and each of us, who at his request and in his

-2-

presence, and in the presence of each other, have signed the same as witnesses thereto, and we declare at the time he was of sound and disposing mind and memory.

WITNESSES:

_Michael M. Yoder_ (signature)
Michael M. Yoder

_Shirley E. Anders_ (signature)
Shirley E. Anders

## PROOF OF WILL

STATE OF INDIANA     )
                     ) SS:
COUNTY OF NOBLE      )

UNDER PENALTIES FOR PERJURY, We, ROBERT C. KOZLOWSKI, MICHAEL M. YODER, and SHIRLEY E. ANDERS, the Testator and the witnesses respectively, whose names are signed to the foregoing instrument declare that:

1. The Testator executed the instrument as his Will;
2. In the presence of both witnesses, he signed said instrument;
3. He executed the Will as his free and voluntary act for the purposes expressed therein;
4. Each of the witnesses, in the presence of the Testator and of each other, signed the Will as a witness thereof;
5. The Testator was of sound and disposing mind;
6. The Testator was over the age of eighteen (18) years.

Dated: December 19, 1988

Robert C. Kozlowski (signature)
Robert C. Kozlowski, Testator

Dated: December 19, 1988

Michael M. Yoder (signature)
Michael M. Yoder, Witness

sound and disposing mind and memory.

WITNESSES:

_____  _____
Michael M. Yoder            Shirley E. Anders

## PROOF OF WILL

STATE OF INDIANA    )
                    ) SS:
COUNTY OF NOBLE     )

UNDER PENALTIES FOR PERJURY, We, ROBERT C. KOZLOWSKI, MICHAEL M. YODER, and SHIRLEY E. ANDERS, the Testator and the witnesses respectively, whose names are signed to the foregoing instrument declare that:

1. The Testator executed the instrument as his Will;
2. In the presence of both witnesses, he signed said instrument;
3. He executed the Will as his free and voluntary act for the purposes expressed therein;
4. Each of the witnesses, in the presence of the Testator and of each other, signed the Will as a witness thereof;
5. The Testator was of sound and disposing mind;
6. The Testator was over the age of eighteen (18) years.

Dated: December 19, 1988      _____
                               Robert C. Kozlowski, Testator

Dated: December 19, 1988      _____
                               Michael M. Yoder, Witness

Dated: December 19, 1988      _____
                               Shirley E. Anders, Witness

WKozlowR/t

-3-