Ex. C

06D01=0911-EU=: 132

FILED
NOV 24 2009
CLERK BOONE SUPERIOR COURT I

# LAST WILL AND TESTAMENT

## OF

## ROBERT KOZLOWSKI

I, ROBERT KOZLOWSKI, domiciled in Boone County, Indiana, being of sound and disposing mind and memory, do make, publish, and declare this document to be my Last Will and Testament, and I hereby revoke all Wills and Codicils heretofore made by me.

### ARTICLE I

I direct that my enforceable debts, expenses of my last illness, and funeral and administration expenses of my estate shall be paid by my Personal Representative from the principal of my residuary estate. In its discretion, my Personal Representative may continue to pay any installment obligations incurred by me during my lifetime on an installment basis, or may prepay any or all of the such obligations in whole or in part, and my Personal Representative may, in its discretion, distribute any asset encumbered by such an obligation subject to the obligation.

I further direct my Personal Representative to pay all estate, inheritance and succession or other taxes, state or federal, together with any interest or penalty thereon, which may be assessed as a result of my death, without regard to whether such taxes be payable by my estate or by the recipient of any property and without regard to whether such taxes are upon property

1

passed by the terms of this will or in any other manner. All such taxes shall be paid out of the residue of my estate, as part of the expenses of the administration thereof, and they shall not be charged against the recipient of such property or any beneficiary of this will, other than the beneficiaries of the residue of my general estate.

## ARTICLE II

Notwithstanding any provision in our Ante-Nuptial Agreement to the contrary, all the rest, residue and remainder of the property which I own at the time of my death, being all property, real and personal, tangible and intangible, wherever situated, I give to my wife, SUSAN M. KOZLOWSKI, if she survives me. It is my intention to exclude all of our children under the terms of this article.

## ARTICLE III

My wife and I both have children from a prior marriage; our children include my child: STEVEN KOZLOWSKI, and my wife's children: JESSICA HORWITZ and ZACHARY HORWITZ.

If my wife, SUSAN M. KOZLOWSKI, predeceases me, all of the rest, residue and remainder of my property which I own at my death is hereby given to our three children, in equal shares. If any of our three children predecease me, the interest which would have passed to him or her had he or she survived me is hereby given in equal shares to his or her then living issue,

2

per stirpes, if any, and if none, that deceased child or step-child's share shall be given to our remaining children in equal shares.

## ARTICLE IV

I hereby appoint my wife, SUSAN M. KOZLOWSKI, as Personal Representative of this my Last Will and Testament. If she cannot serve or continue to serve (or is removed), in that capacity, for any reason, I appoint JESSICA HORWITZ, as Personal Representative. I request that no bond be required of any of such Personal Representatives in such capacities, provided, however, if a bond is required, then I request that such bond be nominal in amount.

I hereby grant to any fiduciaries appointed or serving hereunder, the powers as provided by Indiana law to such fiduciary in acquiring, investing, reinvesting, exchanging, retaining, selling, and managing property, the fiduciary shall exercise the judgment and care under the circumstances then prevailing which individuals of prudence, discretion, and intelligence exercise in the management of their own affairs, not in regard to speculation, but in regard to the permanent disposition of their funds, considering the probable income as well as the probable safety of their capital.

I specifically authorize my Personal Representative to proceed with unsupervised administration.

IN TESTIMONY WHEREOF, I have hereunto subscribed my name, to this my last will and testament, consisting of this and two preceding

3

typewritten pages, and for the purpose of identification I have signed each such page, all in the presence of the persons witnessing it at my request on this 30th day of April, 2007, at Kendallville, Indiana.

*Robert Kozlowski*
ROBERT KOZLOWSKI, Testator

The foregoing instrument, was signed, sealed, published and declared by ROBERT KOZLOWSKI, the Testator, to be the Testator's last will and testament, in our presence, and we at the Testator's request and in the Testator's presence and in the presence of each other have hereunto subscribed our names as witnesses, this 30th day of April, 2007 at Kendallville, Indiana.

_____         _____
Witness                        Witness

ACKNOWLEDGMENT

UNDER PENALTIES FOR PERJURY, we, the undersigned Testator and the undersigned witnesses, respectively, whose names are signed to the attached or foregoing instrument declare:

(1)   that the Testator executed the instrument as the Testator's will;

(2)   that, in the presence of both witnesses, the Testator signed or acknowledged the signature already made or directed another to sign for the Testator, in the Testator's presence,

(3)   that the Testator executed the will as a free and voluntary act for the purposes expressed in it;

4

(4) that each of the witnesses, in the presence of the Testator and of each other, signed the will as a witness;

(5) that the Testator was of sound mind when the will was executed; and

(6) that to the best knowledge of each of the witnesses the Testator was, at the time the will was executed, eighteen (18) or more years of age or was a member of the armed forces or of the merchant marine of the United States or its allies.

Dated this 30th day of April, 2007.

*Robert Kozlowski*
ROBERT KOZLOWSKI, Testator

Witness Signature: _____

Printed: Douglas J. Atz

Resident of Kendallville, Noble County, State of Indiana

Witness Signature: _____

Printed: Kristin L. King

Resident of Churubusco, Whitley County, State of Indiana