```
Court Name: Southern District of Indiana
Division: 1
Receipt Number: IP021373
Cashier ID: jsammons
Transaction Date: 11/29/2010
Payer Name: RAMEY HAILEY
------------------------------------------
CIVIL FILING FEE
 For: RAMEY HAILEY
 Case/Party: D-INS-1-10-CV-001538-001
 Amount:         $350.00
------------------------------------------
CHECK
 Check/Money Order Num: 3660
 Amt Tendered: $350.00
------------------------------------------
Total Due:      $350.00
Total Tendered: $350.00
Change Amt:     $0.00

1:10-CV-001538-RLY-TAB


"Only when bank clears the check,
money order, or verifies credit of
funds is the fee or debt officially
paid or discharged.  A $45.00 fee
will be charged for a returned
check."
```