FILED
U.S. DISTRICT COURT
INDIANAPOLIS DIVISION
10 NOV 29 PM 4: 20
SOUTHERN DISTRICT
OF INDIANA
LAURA A. BRIGGS
CLERK

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

STEVEN ROBERT KOZLOWSKI,

PLAINTIFF,

V.

SUSAN M. KOZLOWSKI,

DEFENDANT.

1:10-cv-1538 RLY-TAB

CASE NO. _____

JURY TRIAL REQUESTED

## APPEARANCE BY ATTORNEY IN CIVIL CASE

The undersigned attorney and all attorneys listed on this form now appear in this case for the following party member(s): STEVEN ROBERT KOZLOWSKI

5. Applicable attorney information for service as required by Trial Rule 5 (B)(2) and for case information as required by Trial Rule 3.1 and 77 (B) is as follows:

> Justin W. Leverton, Attorney No. 25678-49
> RAMEY & HAILEY
> 9333 N. Meridian Street, Suite 105
> Indianapolis, Indiana 46260
> Telephone: (317) 582-0000
> Facsimile: (317) 582-0080
> Email: justin@rameyandhaileylaw.com

There are other party members:  Yes _____  No _X_

6. If first initiating party filing this case, the Clerk is requested to assign this case the following Case Type under Administrative Rule 8(b) (3):_____.

7. I will accept service by FAX at the above noted number: NO

8. This case involves support issues. Yes ___ No _X_

5. There are related cases: Yes _X_ No ___

6. Additional information required by local rule _____.

*Justin W. Leverton*
Justin W. Leverton, Attorney No. 25678-49
RAMEY & HAILEY
9333 N. Meridian Street, Suite 105
Indianapolis, Indiana 46260
Telephone: (317) 582-0000
Facsimile: (317) 582-0080