UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

FILED
U.S. DISTRICT COURT
INDIANAPOLIS DIVISION

10 NOV 29 PM 4: 20

SOUTHERN DISTRICT
OF INDIANA
LAURA A. BRIGGS
CLERK

| | |
|---|---|
| STEVEN ROBERT KOZLOWSKI, <br><br> PLAINTIFF, <br><br> V. <br><br> SUSAN M. KOZLOWSKI, <br><br> DEFENDANT. | **1:10-cv-1538 RLY-TAB** <br> CASE NO. _____ <br><br> JURY TRIAL REQUESTED |

## APPEARANCE BY ATTORNEY IN CIVIL CASE

The undersigned attorney and all attorneys listed on this form now appear in this case for the following party member(s): STEVEN ROBERT KOZLOWSKI

1. Applicable attorney information for service as required by Trial Rule 5 (B)(2) and for case information as required by Trial Rule 3.1 and 77 (B) is as follows:

    Richard D. Hailey, Attorney No. 7375-49
    RAMEY & HAILEY
    9333 N. Meridian Street, Suite 105
    Indianapolis, Indiana 46260
    Telephone: (317) 582-0000
    Facsimile: (317) 582-0080
    Email:    rich@rameyandhaileylaw.com

    There are other party members:    Yes ____    No _X_

2. If first initiating party filing this case, the Clerk is requested to assign this case the following Case Type under Administrative Rule 8(b) (3):_____.

3. I will accept service by FAX at the above noted number: _NO_

4. This case involves support issues.    Yes ___    No _X_

5. There are related cases:    Yes _X_ No __

6.  Additional information required by local rule _____.

*[signature]*
Richard D. Hailey, Attorney No. 7375-49
RAMEY & HAILEY
9333 N. Meridian Street, Suite 105
Indianapolis, Indiana 46260
Telephone: (317) 582-0000
Facsimile: (317) 582-0080