IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

STEVEN ROBERT KOZLOWSKI    )    CASE NO. 1:10-cv-1538 RLY-TAB
    )
    Plaintiff,    )
    )
    vs.    )
    )
SUSAN M. KOZLOWSKI,    )
    )
    Defendant.    )

## APPEARANCE

Comes now Judy L. Woods of the firm of Bose McKinney & Evans LLP, and enters her appearance on behalf of Defendant, Susan M. Kozlowski.

Respectfully submitted,

/s/ Judy L. Woods
Judy L. Woods (Atty. No. 11705-49)

Attorney for Susan M. Kozlowski

BOSE McKINNEY & EVANS LLP
111 Monument Circle, Suite 2700
Indianapolis, IN  46204
(317) 684-5000
(317) 684-5173 fax
jwoods@boselaw.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing has been served upon the following counsel of record via the Court's electronic filing system this 14th day of December, 2010:

Richard D. Hailey    Rich@rameyandhaileylaw.com
Justin W. Leverston    Justin@rameyandhaileylaw.com
RAMEY & HAILEY
9333 N. Meridian Street, Suite 105
Indianapolis, IN  46260

/s/ Judy L. Woods
Judy L. Woods