IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| STEVEN ROBERT KOZLOWSKI | ) | CASE NO. 1:10-cv-1538 RLY-TAB |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| SUSAN M. KOZLOWSKI, | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF EXTENSION OF TIME

Counsel for Defendant, Susan M. Kozlowski, hereby notifies the Court, pursuant to Local Rule 6.1, that counsel for Plaintiff, Steven Robert Kozlowski, has consented to an initial extension of time to and including January 25, 2011, within which Defendant, Susan M. Kozlowski, must respond to Plaintiff's Complaint in the above cause of action.

Respectfully submitted,

/s/ Judy L. Woods
Judy L. Woods (Atty. No. 11705-49)

Attorney for Susan M. Kozlowski

BOSE McKINNEY & EVANS LLP
111 Monument Circle, Suite 2700
Indianapolis, IN 46204
(317) 684-5000
(317) 684-5173 fax
jwoods@boselaw.com

CERTIFICATE OF SERVICE

      The undersigned hereby certifies that a copy of the foregoing has been served upon the following counsel of record via the Court's electronic filing system this 14th day of December, 2010:

      Richard D. Hailey      Rich@rameyandhaileylaw.com
      Justin W. Leverston    Justin@rameyandhaileylaw.com
      RAMEY & HAILEY
      9333 N. Meridian Street, Suite 105
      Indianapolis, IN 46260

      /s/ Judy L. Woods
      Judy L. Woods

1792964/22853.6