IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| STEVEN ROBERT KOZLOWSKI | ) | CASE NO. 1:10-cv-1538 RLY-TAB |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| SUSAN M. KOZLOWSKI, | ) | |
| | ) | |
| Defendant. | ) | |

## APPEARANCE

Comes now Curtis T. Jones of the firm of Bose McKinney & Evans LLP, and enters his

appearance on behalf of Defendant, Susan M. Kozlowski.

Respectfully submitted,

/s/ Curtis T. Jones
Curtis T. Jones (Atty. No. 24967-64)

Attorney for Susan M. Kozlowski

BOSE McKINNEY & EVANS LLP
111 Monument Circle, Suite 2700
Indianapolis, IN 46204
(317) 684-5000
(317) 684-5173 fax
cjones@boselaw.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing has been served upon the following counsel of record via the Court's electronic filing system this 14th day of December, 2010:

Richard D. Hailey            Rich@rameyandhaileylaw.com
Justin W. Leverston          Justin@rameyandhaileylaw.com
RAMEY & HAILEY
9333 N. Meridian Street, Suite 105
Indianapolis, IN 46260

/s/ Curtis T. Jones
Curtis T. Jones