**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

11 FEB 14 PM 2:02

| | |
|---|---|
| STEVEN ROBERT KOZLOWSKI, | |
| PLAINTIFF, | |
| V. | CASE NO. 1:10-cv-01538-RLY-MJD |
| SUSAN M. KOZLOWSKI, | JURY TRIAL REQUESTED |
| DEFENDANT. | |

### Declaration that Party was Unable to File in a Timely Manner Due to Technical Difficulties

Please take notice that Plaintiff Steven Robert Kozlowski was unable to file the exhibits to his Response Brief in Opposition to Defendant's Motion to Dismiss in a timely manner due to technical difficulties. The deadline for filing the Response Brief and its exhibits is Friday, February 11, 2011. The reason(s) that I was unable to file the exhibits to the Response Brief in a timely manner and the good faith efforts I made prior to the filing deadline to both file in a timely manner and to inform the Court and the other parties that I could not do so are set forth below:

> After converting the Response Brief and exhibits to separate .PDF files, my office staff and I have tried for over three (3) hours to file these documents through the ECF system on Friday, February 11, 2011 between 1:30 P.M. - 4:51 P.M. EST. After repeated attempts of the ECF system freezing and working with the federal court technical staff, we have contacted the Clerk's office and Judge Young's chambers. Phillip Gordon, the deputy in Judge Young's chambers, has instructed us to file the above documents on the next business day when the system is available or manually file. It appears that we were able to successfully file the Response brief at 04:39 PM EST on February 11, 2011, but were unable to attach the two exhibits. Accordingly, we have emailed .PDF scans of the exhibits to Wendy Carpentier, a court staff member, and are filing and serving paper copies

of both the Response Brief and Exhibits in accordance with the Federal Rules of Civil Procedure, the Local Rules, and the Civil Electronic Case Filing Administrative Policies and Procedures Manual for the Southern District of Indiana.

I declare under penalty of perjury that the foregoing is true and correct.

Respectfully submitted,

Justin Leverton, Attorney No. 25678-49
RAMEY & HAILEY
9333 N. Meridian Street, Suite 105
Indianapolis, Indiana 46260
Telephone: (317) 582-0000
Facsimile: (317) 582-0080
Justin@RameyandHaileyLaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 11th day of February, 2011, a copy of the foregoing document was served on the following counsel of record via US first class mail, postage prepaid:

Judy L. Woods
Curtis T. Jones
BOSE MCKINNEY & EVANS LLP
111 Monument Circle, STE 2700
Indianapolis, Indiana 46204
jwoods@boselaw.com
cjones@boselaw.com