IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| STEVEN ROBERT KOZLOWSKI | ) | CASE NO. 1:10-cv-1538 RLY-TAB |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| SUSAN M. KOZLOWSKI, | ) | |
| | ) | |
| Defendant. | ) | |

## **AGREED MOTION TO CLARIFY BRIEFING SCHEDULE**

Defendant, Susan M. Kozlowski ("Defendant"), by counsel, respectfully requests that the Court enter an Order clarifying the date for which Defendant must file any Reply in Support of the Motion to Dismiss filed on January 25, 2011, and in support thereof, states:

1.      Plaintiff's Complaint was filed in the United States District Court, Southern District of Indiana, Indianapolis Division, on November 29, 2010.

2.      Defendant's Motion to Dismiss was timely filed on January 25, 2011.

3.      Plaintiff's Response Brief in Opposition to Defendant's Motion to Dismiss was filed on February 11, 2011, without exhibits.

4.      Plaintiff's exhibits were filed on February 16, 2011.

5.      Defendant's counsel, Curtis T. Jones, has spoken with Justin Leverton, counsel for Plaintiff, by phone on February 16, 2011, wherein counsel agreed that any Reply should be due seven (7) days from today's date (date of filing the response exhibits), which would be to and including February 23, 2011.

WHEREFORE, Defendant, Susan M. Kozlowski, by counsel, respectfully requests that this Court enter an Order clarifying that any Reply in Support of Motion to Dismiss shall be due on or before February 23, 2011.

Respectfully submitted,

/s/ Judy L. Woods
Judy L. Woods (Atty. No. 11705-49)
Curtis T. Jones (Atty. No. 24967-64)

Attorneys for Susan M. Kozlowski

BOSE McKINNEY & EVANS LLP
111 Monument Circle, Suite 2700
Indianapolis, IN 46204
(317) 684-5000
(317) 684-5173 fax
jwoods@boselaw.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing has been served upon the following counsel of record via the Court's electronic filing system this 16th of February, 2011.

Richard D. Hailey                     Rich@rameyandhaileylaw.com
Justin W. Leverton                    Justin@rameyandhaileylaw.com
RAMEY & HAILEY
9333 N. Meridian Street, Suite 105
Indianapolis, IN 46260

/s/ Judy L. Woods
Judy L. Woods

1835619_1

2