IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| STEVEN ROBERT KOZLOWSKI | ) | CASE NO. 1:10-cv-1538 RLY-TAB |
|---|---|---|
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| SUSAN M. KOZLOWSKI, | ) | |
| Defendant. | ) | |

## ORDER GRANTING AGREED MOTION TO CLARIFY BRIEFING SCHEDULE

Defendant, Susan M. Kozlowski ("Defendant"), through counsel, having filed an Agreed Motion to Clarify Briefing Schedule, and the Court, being duly advised, finds that said Motion should be, and it hereby is, GRANTED.

IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED that any Reply in Support of Motion to Dismiss shall be due on or before February 23, 2011.

Dated:_____

_____
Judge, United States District Court

DISTRIBUTION:

Judy L. Woods
Curtis T. Jones
BOSE McKINNEY & EVANS LLP
111 Monument Circle, Suite 2700
Indianapolis, IN 46204

Richard D. Hailey
Justin W. Leverton
RAMEY & HAILEY
9333 N. Meridian Street, Suite 105
Indianapolis, IN 46260