IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| STEVEN ROBERT KOZLOWSKI<br>Plaintiff, | )<br>)<br>) | CASE NO. 1:10-cv-1538 RLY-TAB |
| vs. | )<br>) | |
| SUSAN M. KOZLOWSKI,<br>Defendant. | )<br>)<br>) | |

## **NOTICE OF EXTENSION OF TIME**

Counsel for Defendant, Susan M. Kozlowski ("Defendant"), hereby notifies the Court, that counsel for Plaintiff, Steven Robert Kozlowski, has consented to an extension of time to and including February 28, 2011, within which counsel for Defendant may file the Reply Brief in Support of Motion to Dismiss in the above cause of action.

Respectfully submitted,

/s/ Judy L. Woods
Judy L. Woods (Atty. No. 11705-49)

Attorney for Susan M. Kozlowski

BOSE McKINNEY & EVANS LLP
111 Monument Circle, Suite 2700
Indianapolis, IN 46204
(317) 684-5000
(317) 684-5173 fax
jwoods@boselaw.com

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing has been served upon the following counsel of record via the Court's electronic filing system this 23rd day of February, 2011.

Richard D. Hailey  Rich@rameyandhaileylaw.com
Justin W. Leverton  Justin@rameyandhaileylaw.com
RAMEY & HAILEY
9333 N. Meridian Street, Suite 105
Indianapolis, IN 46260


/s/ Judy L. Woods
Judy L. Woods

1840032_1