IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| STEVEN ROBERT KOZLOWSKI<br>Plaintiff, | )<br>)<br>) | CASE NO. 1:10-cv-1538 RLY-TAB |
| vs. | )<br>) | |
| SUSAN M. KOZLOWSKI,<br>Defendant. | )<br>)<br>) | |

## ORDER GRANTING NOTICE OF EXTENSION OF TIME

Defendant, Susan M. Kozlowski ("Defendant"), through counsel, having filed a Notice of Extension of Time to file the Reply Brief in Support of Motion to Dismiss, finds that said Notice of Extension of Time should be, and it hereby is, GRANTED.

IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED that the Reply in Support of Motion to Dismiss shall be due on or before February 28, 2011.

Dated:_____

_____
JUDGE, UNITED STATES DISTRICT COURT

DISTRIBUTION:

Judy L. Woods
Curtis T. Jones
BOSE McKINNEY & EVANS LLP
111 Monument Circle, Suite 2700
Indianapolis, IN 46204

Richard D. Hailey
Justin W. Leverton
RAMEY & HAILEY
9333 N. Meridian Street, Suite 105
Indianapolis, IN 46260

1840069_1