IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| STEVEN ROBERT KOZLOWSKI )<br>    Plaintiff, )<br>)<br>vs. )<br>)<br>SUSAN M. KOZLOWSKI, )<br>    Defendant. ) | | CASE NO. 1:10-cv-1538 RLY-MJD |

## **CORRECTED UNOPPOSED MOTION FOR EXTENSION OF TIME**

Comes now Defendant, Susan M. Kozlowski, by counsel, and files her Corrected Unopposed Motion for Extension of Time to file a Reply Brief in Support of the Motion to Dismiss; and in support hereof states as follows:

1. Defendant filed her Motion to Dismiss on January 25, 2011. (Dkt. 12.)

2. Plaintiff filed his Response in Opposition to Defendant's Motion to Dismiss on February 14, 2011. (Dkt. 16.)

3. On February 20, 2011, the Court set the time for Defendant to file her Reply in support of her Motion to Dismiss for February 23, 2011. (Dkt. 18.)

4. Counsel for Defendant needs three additional business days to complete and file a Reply in support of Defendant's Motion to Dismiss.

5. On February 23, 2011, undersigned counsel contacted Justin Leverton, counsel for Plaintiff, by telephone, regarding the contents of this Motion and Mr. Leverton stated that Plaintiff has no objection to the requested extension.

6. The extension will give Defendant to and including February 28, 2011, in which to file her Reply.

WHEREFORE, Defendant, Susan M. Kozlowski, by counsel, respectfully requests an Order granting her to and including February 28, 2011, in which to file her Reply in Support of her Motion to Dismiss, and for all other relief proper in the premises.

Respectfully submitted,

/s/ Judy L. Woods
Judy L. Woods (Atty. No. 11705-49)

Attorney for Susan M. Kozlowski

BOSE McKINNEY & EVANS LLP
111 Monument Circle, Suite 2700
Indianapolis, IN 46204
(317) 684-5000
(317) 684-5173 fax
jwoods@boselaw.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing has been served upon the following counsel of record via the Court's electronic filing system this 24th day of February, 2011.

| | |
|---|---|
| Richard D. Hailey | Rich@rameyandhaileylaw.com |
| Justin W. Leverton | Justin@rameyandhaileylaw.com |
| RAMEY & HAILEY | |
| 9333 N. Meridian Street, Suite 105 | |
| Indianapolis, IN 46260 | |

/s/ Judy L. Woods
Judy L. Woods
