IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| STEVEN ROBERT KOZLOWSKI | ) | |
|     Plaintiff, | ) | |
| | ) | |
| vs. | ) | CASE NO. 1:10-cv-1538 RLY-MJD |
| | ) | |
| SUSAN M. KOZLOWSKI, | ) | |
|     Defendant. | ) | |

## ORDER GRANTING EXTENSION OF TIME

Comes now Defendant, Susan M. Kozlowski, by counsel, and files her Corrected Unopposed Motion for Extension of Time to file her Reply Brief in Support of Motion to Dismiss; and the Court, being duly advised, finds that said Motion should be, and it hereby is, GRANTED.

IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED that Defendant, Susan M. Kozlowski, shall have to and including February 28, 2011, in which to file and serve her Reply in Support of Motion to Dismiss.

Dated: 02/28/2011

_____
Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

DISTRIBUTION:

Judy L. Woods
Curtis T. Jones
BOSE McKINNEY & EVANS LLP
111 Monument Circle, Suite 2700
Indianapolis, IN  46204

Richard D. Hailey
Justin W. Leverton
RAMEY & HAILEY
9333 N. Meridian Street, Suite 105
Indianapolis, IN  46260