# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF INDIANA
# INDIANPOLIS DIVISION

| | |
|---|---|
| STEVEN ROBERT KOZLOWSKI, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No: 1:10-cv-01538-RLY-MJD |
| ) | |
| SUSAN M. KOZLOWSKI, ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF CHANGE OF ADDRESS AND FIRM AFFILIATION

Judy L. Woods hereby gives notice to all interested parties that she has changed law firms and her new address and contact information is as follows:

>Judy L. Woods
>Benesch Friedlander Coplan & Aronoff, LLP
>One American Square, Suite 2300
>Indianapolis, IN 46282
>Telephone: (317) 632-3232
>Facsimile: (317) 632-2962
>E-mail: jwoods@beneschlaw.com

Respectfully submitted March 16, 2011.

>*/s/ Judy L. Woods*
>Judy L. Woods (Atty. #11705-49)
>BENESCH FRIEDLANDER COPLAN
>& ARONOFF LLP
>One American Square, Suite 2300
>Indianapolis, IN 46282
>(317) 632-3232
>Fax: (317) 632-2962
>jwoods@beneschlaw.com
>
>*Attorneys for Defendant, Susan M. Kozlowski*

## CERTIFICATE OF SERVICE

   I hereby certify that on the 16th day of March, 2011, a *Notice of Change of Address and Firm Affiliation* was filed electronically with this Court. Notice of this filing will be sent to the following parties by operation of the Court's CM/ECF system:

Justin W. Leverton
RAMEY & HAILEY
Justin@RameyandHaileyLaw.com

                */s/ Judy L. Woods*
                Judy L. Woods