IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| STEVEN ROBERT KOZLOWSKI | ) | |
|     Plaintiff, | ) | |
| | ) | |
| vs. | ) | CASE NO. 1:10-cv-1538 RLY-MJD |
| | ) | |
| SUSAN M. KOZLOWSKI, | ) | |
|     Defendant. | ) | |

## MOTION FOR LEAVE TO WITHDRAW APPEARANCE

Pursuant to Local Rule 83.7(c), the undersigned counsel hereby requests that the Court withdraw his appearance in this matter on behalf of the Defendant, Susan M. Kozlowski, as of March 22, 2011. The undersigned counsel is no longer serving as active counsel in this matter and the client remains adequately represented by Attorney Judy L. Woods, now of the Benesch (Dann Pecar) firm, who will remain as counsel for the Defendant.

WHEREFORE, the undersigned requests that this motion be granted and he be removed from the ECF notices issued in this matter.

Respectfully submitted,

/s/ Curtis T. Jones
Curtis T. Jones (Atty. No. 24967-64)
BOSE McKINNEY & EVANS LLP
111 Monument Circle, Suite 2700
Indianapolis, IN 46204

On Behalf of Defendant Susan M. Kozlowski

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing has been served upon the following counsel of record via the Court's electronic filing system this 21st day of March, 2011.

| | |
|---|---|
| Richard D. Hailey | Rich@rameyandhaileylaw.com |
| Justin W. Leverton | Justin@rameyandhaileylaw.com |
| RAMEY & HAILEY | |
| 9333 N. Meridian Street, Suite 105 | |
| Indianapolis, IN 46260 | |
| | |
| Judy L. Woods | jwoods@beneschlaw.com |
| Benesch Dann Pecar | |
| One Indiana Square, Suite 2300 | |
| Indianapolis, IN 46282-0018 | |

/s/ Curtis T. Jones
Curtis T. Jones