IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| STEVEN ROBERT KOZLOWSKI ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CASE NO. 1:10-cv-1538 RLY-MJD |
| ) | |
| SUSAN M. KOZLOWSKI, ) | |
| Defendant. ) | |

## ORDER GRANTING WITHDRAWAL OF APPEARANCE

Curtis T. Jones, having filed his Motion for Leave to Withdraw Appearance on behalf of Defendant Susan M. Kozlowski;

And the Court, being duly advised, hereby grants said motion.

IT IS, THEREFORE, ORDERED that the appearance of Curtis T. Jones be, and hereby is, withdrawn, and that he be removed from the ECF list hereafter.

Dated: _____          _____
                                                                Judge

DISTRIBUTION:

All counsel of record via the Court's
electronic filing system