```
                UNITED STATES DISTRICT COURT
                SOUTHERN DISTRICT OF INDIANA
                   INDIANAPOLIS DIVISION


STEVEN ROBERT KOZLOWSKI,       )
                               )
         Plaintiff,            )
    vs.                        ) NO. 1:10-cv-01538-RLY-MJD
                               )
SUSAN M. KOSLOWSKI,            )
                               )
         Defendant.            )
```

**MINUTE ENTRY FOR JUNE 14, 2011**
**INITIAL PRETRIAL CONFERENCE**
**HON. MARK J. DINSMORE, MAGISTRATE JUDGE**

The parties appeared by counsel for an Initial Pretrial Conference. The parties failed to electronically sign the original Case Management Plan, so they will resubmit by Friday, June 17, 2011, a revised Case Management Plan that the Court will approve, with the changes to which the parties discussed.

This matter is scheduled for a telephonic status conference on **Monday, August 22, 2011 at 4:30 p.m.** to discuss case status. Counsel shall attend the status conference by calling the designated phone number, to be provided by the court via email.

Dated: 06/16/2011

_____
Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

distribution list:

Richard D. Hailey
RAMEY & HAILEY
rich@rameyandhaileylaw.com

Justin W. Leverton
RAMEY & HAILEY LAW FIRM
justin@rameyandhaileylaw.com

Judy L. Woods
BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP
jwoods@beneschlaw.com