# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF INDIANA
### INDIANPOLIS DIVISION

| | |
|---|---|
| STEVEN ROBERT KOZLOWSKI, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No: 1:10-cv-01538-RLY-MJD |
| ) | |
| SUSAN M. KOZLOWSKI, ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF APPEARANCE

Comes now Raegan M. Gibson of the law firm of Benesch Friedlander Coplan & Aronoff, LLP and enters her appearance on behalf of the Defendant, Susan M. Kozlowski, in the above-captioned case.

Respectfully submitted,

*/s/ Raegan M. Gibson*
Raegan M. Gibson (Atty. #27114-49)
BENESCH FRIEDLANDER COPLAN
& ARONOFF LLP
One American Square, Suite 2300
Indianapolis, IN 46282
(317) 632-3232
Fax: (317) 632-2962
rgibson@beneschlaw.com

*Attorneys for Defendant, Susan M. Kozlowski*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 23rd day of June, 2011, a *Notice of Appearance* was filed electronically with this Court. Notice of this filing will be sent to the following parties by operation of the Court's CM/ECF system:

Richard Hailey
Justin W. Leverton
RAMEY & HAILEY
rich@rameyandhaileylaw.com
justin@rameyandhaileylaw.com

                                                  */s/ Raegan M. Gibson*
                                                  Raegan M. Gibson