IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| STEVEN ROBERT KOZLOWSKI, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CASE NO: 1:10-cv-1538-RLY-MJD |
| | ) | |
| SUSAN M. KOZLOWSKI, | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF SERVICE OF PLAINTIFF'S INITIAL DISCLOSURES

Plaintiff, Steven Robert Kozlowski, by counsel, hereby serves notice upon the Court that on this 26th day of July, 2011, Plaintiff served his Initial Disclosures upon Defendant, Susan M. Kozlowski, as required by Rule 26(a)(1) of the Federal Rules of Civil Procedure and the Case Management Plan.

Respectfully submitted,

*/s/ Justin Leverton*
Justin Leverton, Attorney No. 25678-49
RAMEY & HAILEY
9333 N. Meridian Street, Suite 105
Indianapolis, Indiana 46260
Telephone: (317) 582-0000
Facsimile: (317) 582-0080
Justin@RameyandHaileyLaw.com

1

## CERTIFICATE OF SERVICE

I hereby certify that on the 26th day of July, 2011, a copy of the foregoing document was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's CM/ECF system.

Judy L. Woods
jwoods@beneschlaw.com

Raegan Gibson
rgibson@beneschlaw.com

                                                                                 */s/ Justin Leverton*