**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | | |
|---|---|---|
| STEVEN ROBERT KOZLOWSKI, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No: 1:10-cv-01538-RLY-MJD |
| | ) | |
| SUSAN M. KOZLOWSKI, | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF SERVICE OF INITIAL DISCLOSURES

Defendant, Susan M. Kozlowski, by counsel, hereby notifies the Court that, pursuant to Federal Rule of Civil Procedure 26 and the governing Case Management Plan, she has provided her Initial Disclosures to Plaintiff.

Respectfully Submitted,

BENESCH FRIEDLANDER COPLAN & ARONOFF, LLP

By:/s/    Raegan M. Gibson
    Judy L. Woods, Atty. #11705-49
    Raegan M. Gibson, Atty. # 27114-49
    BENESCH FRIEDLANDER COPLAN & ARONOFF, LLP
    One American Square, Suite 2300
    Indianapolis, Indiana  46282
    (317) 632-3232 (Telephone)
    (317) 632-2962 (Facsimile)
    jwoods@beneschlaw.com
    rgibson@beneschlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served upon opposing

counsel, by electronic means via the digital document delivery system established by this

Court, on July 28, 2011.

Richard Hailey
Justin W. Leverton
RAMEY & HAILEY
9333 N. Meridian Street, Suite 105
Indianapolis, IN  46260
rich@rameyandhaileylaw.com
justin@rameyandhaileylaw.com

/s/ Raegan M. Gibson