UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| STEVEN ROBERT KOZLOWSKI )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>SUSAN M. KOSLOWSKI )<br>)<br>Defendant. )<br>) | 1:10-cv-1538-RLY-MJD |

### ORDER OF REFERENCE

The above-entitled case, based on the consent of the parties (Docket # 30), is hereby referred to United States Magistrate Judge Mark J. Dinsmore for all subsequent proceedings, including trial and entry of judgment, pursuant to Title 28, U.S.C. § 636(c), Rule 73 of the Federal Rules of Civil Procedure, and Local Rule 72.1(h) of this court.

Please use cause number **1:10-cv-1538-MJD-RLY**, for all future filings in this cause of action.

All of which is ORDERED  08/22/2011

_____
RICHARD L. YOUNG, CHIEF JUDGE
United States District Court
Southern District of Indiana

Distribution:

**Raegan Mackenzie Gibson**
BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP
rgibson@beneschlaw.com,docket@beneschlaw.com,raeganmgibson@gmail.com,ecf@beneschlaw.com,ccanny@beneschlaw.com,khawk@beneschlaw.com

**Richard D. Hailey**
RAMEY & HAILEY
rich@rameyandhaileylaw.com,marcee@rameyandhaileylaw.com

**Justin W. Leverton**
RAMEY & HAILEY LAW FIRM
justin@rameyandhaileylaw.com

**Judy L. Woods**
BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP
jwoods@beneschlaw.com,docket@beneschlaw.com,igitman@beneschlaw.com,ecf@beneschlaw.com,ccanny@beneschlaw.com,phines@beneschlaw.com