IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| STEVEN ROBERT KOZLOWSKI, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CASE NO: 1:10-cv-1538-RLY-MJD |
| | ) | |
| SUSAN M. KOZLOWSKI, | ) | |
| | ) | |
| Defendant. | ) | |

## PLAINTIFF'S PRELIMINARY WITNESS AND EXHIBIT LIST

Comes now the Plaintiff, Steven Robert Kozlowski, by counsel, and pursuant to case management plan, hereby submits his preliminary witness and exhibit list:

## PRELIMINARY WITNESS LIST

Plaintiff may call any and all of the following individuals at trial:

| | NAME | ADDRESS |
|---|---|---|
| 1. | Plaintiff | 777 Brickell Ave., #708<br>Miami, FL<br>(305) 968-7090 |
| 2. | Susan Kozlowski | 11537 Willow Springs Dr.<br>Indianapolis, IN |
| 3. | Zachary Horwitz | 320 S. Dunn St., Apt 206<br>Bloomington, IN |
| 4. | Jessica Horwitz | 2837 N. Cambridge Ave<br>Apt. #3<br>Chicago, IL |
| 5. | Carla Butler, CPA | 733 East North Street<br>Kendallville, Indiana |
| 6. | Erika Decko, CPA | 751 East North Street<br>Kendallville, Indiana |

1

| | | |
|---|---|---|
| 7. | Mike Axel, CFA | 710 Krueger Street<br>Kendallville, Indiana |
| 8. | Kristin King | 813 Wheatfield Court<br>Churubusco, Indiana |
| 9. | Douglas Atz | 202 S. Main Street<br>Kendallville, Indiana |
| 10. | Linda Devers | 202 S. Main Street<br>Kendallville, Indiana |
| 11. | John Thrapp (deceased) | N/A |
| 12. | William Knowles | 811 South Range Line Rd<br>Carmel, IN |
| 13. | Dan Dilley | 811 South Range Line Rd<br>Carmel, IN |
| 14. | Monica Furlow | 5136 Carvel Ave<br>Indianapolis, IN |
| 15. | Janet Arno, M.D. | 1101 W. 10th St.<br>Indianapolis, IN |
| 16. | Jill Weisenbach | 513 Letterman Dr.<br>Brownsburg, IN |
| 17. | Michael Robertson, M.D. | 535 Barnhill Dr.<br>Indianapolis, IN |
| 18. | Howard R. Krauss | 1255 23rd St. NW<br>Washington, DC |
| 19. | David Desrosiers | 348 South Main St.<br>West Hartford, CT<br>860-895-9959 |
| 20. | Amber Desrosiers-Maddox | 24 Lake St.<br>Ledyard, CT<br>860-303-0273 |

| | | |
|---|---|---|
| 21. | Jean Desrosiers | 83 December Dr.<br>Jewett City, CT<br>860-376-4134 |
| 22. | Ed Desrosiers | 35 Plain Hill Rd<br>Baltic, CT<br>860-822-8880 |

23. All financial advisors of the Defendant who provided information concerning facts and circumstances alleged in Plaintiff's Complaint, as amended.

24. Individuals identified in Defendant's Initial Disclosures, on any witness list filed by the Defendants, or named in any document produced by the Defendants or identified on any exhibit list.

25. Individuals identified through further investigation or discovery.

Plaintiffs reserve the right to correct, clarify, supplement, or otherwise amend the foregoing list of individuals with potentially discoverable information as discovery progresses.

## PRELIMINARY EXHIBIT LIST

Plaintiffs may introduce any and all of the following exhibits at trial:

1. The 1988 last will and testament of Robert Kozlowski. This document has already been produced.

2. The 2001 last will and testament of Robert Kozlowski. This document has already been produced.

3. The 2007 last will and testament of Robert Kozlowski. This document has already been produced.

4. The codicil to the 2007 last will and testament of Robert Kozlowski. This document has already been produced.

5. The antenuptial agreement between Robert Kozlowski and Defendant. This document has already been produced.

6. Doug Atz's file on Robert Kozlowski. These documents have already been produced.

7. The medical records of Robert Kozlowski. These documents have been produced by Defendant.

8. Financial records of Robert Kozlowski. These documents have been produced by Defendant.

9. Financial records of Defendant. These documents have been produced by Defendant.

10. Previously produced communications to/from Robert Kozlowski.

11. Previously produced communications to/from Defendant.

12. Photographs of Defendant, Robert Kozlowski, and/or Plaintiff. These documents have already been produced.

13. Documents maintained by the Defendant pertaining to the facts and circumstances alleged in Plaintiff's Complaint, as amended.

14. Documents identified by Defendants in Defendant's Initial Disclosures.

15. Documents used in depositions in this matter.

16. All documents produced through discovery in the will contest proceeding pending in Boone County, Indiana.

17. Any document identified through further discovery or investigation.

Plaintiffs reserve the right to correct, clarify, supplement, or otherwise amend the foregoing list of potentially discoverable documents as discovery progresses.

Respectfully submitted,

**RAMEY & HAILEY**

_/s/ Justin Leverton_
Justin W. Leverton, #25678-49

Justin W. Leverton
**RAMEY & HAILEY**
9333 N. Meridian Street, Suite 105
Indianapolis, Indiana 46260
Telephone: (317) 582-0000
Facsimile: (317) 582-0080
Justin@RameyandHaileyLaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 29th day of August, 2011, a copy of the foregoing document was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's CM/ECF system.

Judy L. Woods
jwoods@beneschlaw.com

Raegan Gibson
rgibson@beneschlaw.com

                                        /s/ Justin Leverton
                                        Justin W. Leverton