```
                  UNITED STATES DISTRICT COURT
                  SOUTHERN DISTRICT OF INDIANA
                      INDIANAPOLIS DIVISION


STEVEN ROBERT KOZLOWSKI,       )
                               )
          Plaintiff,           )
     vs.                       ) NO. 1:10-cv-01538-MJD-RLY
                               )
SUSAN M. KOSLOWSKI,            )
                               )
          Defendant.           )
```

**MINUTE ENTRY FOR AUGUST 22, 2011**
**STATUS CONFERENCE**
**HON. MARK J. DINSMORE, MAGISTRATE JUDGE**

The parties appeared by counsel for a Status Conference.

The parties discussed the status of discovery and scheduling of a settlement conference, which will be set by a separate order.

Dated: 08/29/2011

Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution List:

Raegan Mackenzie Gibson
BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP
rgibson@beneschlaw.com

Richard D. Hailey
RAMEY & HAILEY
rich@rameyandhaileylaw.com

Justin W. Leverton
RAMEY & HAILEY LAW FIRM
justin@rameyandhaileylaw.com

Judy L. Woods
BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP
jwoods@beneschlaw.com