UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| STEVEN ROBERT KOZLOWSKI, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No: 1:10-cv-01538-RLY-MJD |
| ) | |
| SUSAN M. KOZLOWSKI, ) | |
| ) | |
| Defendant. ) | |

## AGREED STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, Steven R. Kozlowski, and Defendant, Susan M. Kozlowski, by their respective counsel, pursuant to Federal Rule of Civil Procedure 41, hereby stipulate and agree that this Court should dismiss this matter, with prejudice, each party to bear its own costs, and request that the Court agree and approve this Stipulation of Dismissal with Prejudice.

Dated this 5th day of **October**, 2011.

| Respectfully submitted, | Respectfully submitted, |
|---|---|
| RAMEY & HAILEY | BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP |
| /s/ Richard D. Hailey<br>Richard D. Hailey, Atty No. 7375-49<br>Justin Leverton, Atty No. ___<br>RAMEY & HAILEY<br>9333 N. Meridian Street, Suite 105<br>Indianapolis, IN 46260<br>Telephone: (317) 582-0000<br>Facsimile: (317) 582-0800<br>Email: Rich@RameyandHaileylaw.com<br>Email: Justin@RameyandHaileylaw.com | /s/ Reagan M Gibson<br>Judy L. Woods, Atty. No. 11705-49<br>Raegan M. Gibson, Atty No. 27114-49<br>BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP<br>2300 One American Square<br>Indianapolis, IN 46282<br>Telephone: (317) 632-3232<br>Facsimile: (317) 632-2962<br>Email: jwoods@beneschlaw.com<br>Email: rgibson@beneschlaw.com |